

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | NO. 2:23-cr-00004 |
| v. | ) | 18 U.S.C. § 922(k) |
| | ) | 18 U.S.C. § 924(a)(1)(B) |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(f) |
| | ) | 26 U.S.C. § 5871 |
| LEVI AUSTIN FLATT | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about August 7, 2023, in the Middle District of Tennessee, **LEVI AUSTIN FLATT** knowingly possessed a firearm, that is: a Glock, Model 17, 9mm pistol that had been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about August 7, 2023, in the Middle District of Tennessee, **LEVI AUSTIN FLATT** knowingly possessed a firearm, that is, an explosive device commonly referred to as a bomb, which constitutes a destructive device, as defined by Title 26, United States Code, Sections 5845(a) and (f), which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53 of Title 26, United States Code.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about August 7, 2023, in the Middle District of Tennessee, **LEVI AUSTIN FLATT** knowingly made a firearm, that is, an explosive device commonly referred to as a bomb, which constitutes a destructive device, as defined by Title 26, United States Code, Sections 5845(a) and (f), which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53 of Title 26, United States Code.

All in violation of Title 26, United States Code, Sections 5841, 5861(f), and 5871.

## FORFEITURE ALLEGATION

THE GRAND JURY FURTHER CHARGES:

The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

Upon conviction of the violations charged in Counts One through Three, **LEVI AUSTIN FLATT** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm, destructive device, and/or ammunition involved in or used in a knowing violation of the offense charged in the Indictment, or intended to be used in the offense.

A TRUE BILL

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

*Kathryn Risinger*

KATHRYN RISINGER
ASSISTANT UNITED STATES ATTORNEY